# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139541-2(67)(72)
139544-5

GREAT WOLF LODGE OF TRAVERSE
CITY, LLC,
      Plaintiff-Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Defendant-Appellant,
and

CHERRYLAND ELECTRIC COOPERATIVE,
      Defendant-Appellee.

_____

SC: 139541-2
COA: 281398, 281404
Ingham CC: 06-001484-AA
MPSC U-14593

GREAT WOLF LODGE OF TRAVERSE
CITY, LLC,
      Plaintiff-Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Defendant-Appellee,
and

CHERRYLAND ELECTRIC COOPERATIVE,
      Defendant-Appellant.

_____

SC: 139544-5
COA: 281398, 281404
Ingham CC: 06-001484-AA
MPSC U-14593

On order of the Chief Justice, motions by the Michigan Municipal Electric Association for leave to file a brief *amicus curiae* and for extension of the time for filing are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

_____
Clerk